# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNARD LASHAWN SHAW, Jr., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN SOTO, Warden, ) <br> ) <br> Respondent. ) | No. CV 12-347-RGK (PLA) <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Respondent's Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: November 21, 2012

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE