# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNARD LASHAWN SHAW, Jr., | No. CV 12-347-RGK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN SOTO, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 21, 2012

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE